No. 05–316. DORAN v. ECKOLD, PRESIDENT OF THE BOARD OF POLICE COMMISSIONERS OF KANSAS CITY, MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 05–342. HAYES ET AL. v. CROWN CENTRAL LLC ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–350. BAILEY ET AL. v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 05–354. CITY OF COLUMBUS, OHIO, ET AL. v. GOLDEN. C. A. 6th Cir. Certiorari denied.

No. 05–355. SSW, INC. v. REGENTS OF THE UNIVERSITY OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 05–358. BURNETTE, CO-ADMINISTRATOR OF THE ESTATE OF WILSON, ET AL. v. GEE, SHERIFF, MONROE COUNTY, KENTUCKY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 05–361. KARR v. PATAKI, GOVERNOR OF NEW YORK, ET AL.; and
No. 05–368. DALTON ET AL. v. PATAKI, GOVERNOR OF NEW YORK, ET AL. Ct. App. N. Y. Certiorari denied.

No. 05–362. KERSH v. ESTATE OF SCHWARTZ ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 05–367. ANDERER v. JONES ET AL. C. A. 7th Cir. Certiorari denied.

No. 05–375. REGIONS BANK, GUARDIAN OF THE ESTATE OF SMITH v. BMW NORTH AMERICA, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 05–382. RESOURCE TECHNOLOGY CORP. v. ILLINOIS COMMERCE COMMISSION. App. Ct. Ill., 1st Dist. Certiorari denied.